UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

CHAPTER 15

CASE NO.: 10-21627-BKC-EPK

In re:

BRITISH AMERICAN ISLE OF VENICE
(BVI) LIMITED,

    Debtor in a Foreign Proceeding
_____/

## NOTICE OF APPEAL

Creditor, GREEN ISLAND HOLDINGS, LLC, appeals under 28 U.S.C. § 158(a) from the Order Granting Motion for Application of the Automatic Stay [DE # 7], entered in this Chapter 15 Bankruptcy proceeding on the 6th day of May, 2010.

The name of all parties to the order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| BRITISH AMERICAN ISLE OF VENICE (BVI) LIMITED | Leyza F. Blanco, Esq.<br>Gray Robinson, P.A.<br>1221 Brickell Avenue, Suite 1600<br>Miami, Florida 33131<br>Phone: 305-416-6880 / Fax: 305-416-6887<br>Leyza.Blanco@gray-robinson.com |

    Respectfully submitted,

    The DuBosar Law Group, P.A.
    Attorneys for Plaintiff
    120 East Palmetto Park Road, Suite 100
    Boca Raton, Florida 33432
    Phone: (561) 544-8980/Fax: (561) 544-8988

    By:   /s/ Howard D. DuBosar
           Howard D. DuBosar
           Florida Bar No. 729108

In re: British American Isle of Venice (BVI) Limited<br>
Case No.: 10-21627-BKC-EPK<br>
Notice of Appeal

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF on May 20, 2010 upon: **Leyza F. Blanco, Esq.,** GrayRobinson, P.A., Counsel for Casey McDonald, Liquidator, 1221 Brickell Avenue, Suite 1600, Miami, Florida 33131.

## CERTIFICATE OF ADMISSION

I HEREBY CERTIFY that I am admitted to the Bar of the United States Bankruptcy Court for the Southern District of Florida and I am in compliance with the additional qualification to practice in this court set forth in Local Rule 2090-1(A).

Dated: May 20, 2010.

>The DuBosar Law Group, P.A.
>Attorneys for Green Island Holdings, LLC
>120 East Palmetto Park Road, Suite 100
>Boca Raton, Florida 33432
>Phone: (561) 544-8980/Fax: (561) 544-8988
>
>By: _____/s/ Howard D. DuBosar_____
>        Howard D. DuBosar
>        Florida Bar 729108

NOTE: If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the District Court. The appellant may exercise this right only by filing a separate statement of election at the time of filing this Notice of Appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158©, to have the appeal heard by the District Court.