UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

CHAPTER 15
CASE NO.: 10-21627-BKC-EPK

In re:

BRITISH AMERICAN ISLE OF VENICE
(BVI) LIMITED

    Debtor in a Foreign Proceeding
_____/

**CREDITOR, GREEN ISLAND HOLDINGS, LLCS STATEMENT OF ISSUES TO BE PRESENTED FOR APPEAL**

Creditor/Appellant, GREEN ISLAND HOLDINGS, LLC, by and through its undersigned counsel, and pursuant to Rule 8006, Federal Rules of Bankruptcy Procedure files the below statement of issues to be presented for appeal:

1.    Whether the Court erred in concluding that the Emergency Motion met the requirements for proving entitlement to an injunction pursuant to 11 U.S.C. §1519(e) where no evidence was presented to establish that: (i) BRITISH AMERICAN ISLE OF VENICE (BVI) LIMITED has a likelihood of success on the merits; (ii) BRITISH AMERICAN ISLE OF VENICE (BVI) LIMITED would suffer irreparable harm if the relief was not granted; (iii) the granting of the requested relief would not result in even greater harm to GREEN ISLAND HOLDINGS, LLC; or (iv) the public interest favors the requested relief.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF on June 3, 2010, upon Leyza F. Blanco, Esquire, Gray Robinson, P.A., 1221 Brickell Avenue, Suite 1600, Miami, Florida 33131.

In re: *British American Isle Of Venice (BVI) Limited*
Case No.: 10-21627-BKC-EPK
_____

## **CERTIFICATE OF ADMISSION**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualification to practice in this court set forth in Local Rule 2090-1(A).

Dated: June 3, 2010.

                The DuBosar Law Group, P.A.
                Creditor, Green Island Holdings, LLC
                120 East Palmetto Park Road, Suite 100
                Boca Raton, Florida 33432
                Phone: (561) 544-8980/ Fax: (561) 544-8988
                E-Mail: dubosarh@dubolaw.com

By: /s/ Howard D. DuBosar
                Howard D. DuBosar
                Florida Bar No. 729108