UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

CHAPTER 15
CASE NO.: 10-21627-BKC-EPK

In re:

BRITISH AMERICAN ISLE OF VENICE
(BVI) LIMITED,

    Debtor in a Foreign Proceeding
_____/

## STIPULATION REGARDING STAY RELIEF

The Petitioner, CASEY McDONALD, and Creditor, GREEN ISLAND HOLDINGS, LLC ("GIH"), by and through their undersigned counsel, stipulate and agree as follows:

1. On May 28, 2010, GIH filed its Motion for Relief from Stay and Imposed Pursuant to 11 U.S.C., §§ 105(A), 1519 and 1521 [DE #18] (the "Motion").

2. A hearing was scheduled on the Motion for July 22, 2010 at 1:30 p.m.

3. The parties have agreed to resolve the Motion under the terms set forth herein, subject to approval of this Stipulation by this Court as well as the British Virgin Islands' Court with jurisdiction over the liquidation of British American Isle of Venice (BVI) Limited (the "Debtor").

4. In order to facilitate the process of procuring the BVI Court's approval of this Stipulation, the parties have agreed to continue the hearing on the Motion until August 20, 2010 at 1:30 p.m.

5. The Petitioner will stipulate to stay relief through sale limited to the foreclosure count pending against the Debtor before the Honorable Kenneth Marra in the following styled

case, *Green Island Holdings, LLC v. British American Isle of Venice (BVI), LTD, et al*, US District Court Case No.: 09-80207 (the "Litigation").

6. Upon approval of this Stipulation, the parties will submit an agreed order granting limited stay relief consistent with the provisions hereof and after the entry of such and agreed order, the parties will submit an agreed final judgment of foreclosure in the Litigation.

7. The automatic stay will remain in place with respect to GIH's claim for money damages pending in the Litigation until this Court rules upon Petitioner's Verified Petition for Recognition of Foreign Main Proceeding [DE #2], currently scheduled for hearing on November 16, 2010 at 9:30 a.m.

8. Upon the BVI Court's approval of this Stipulation and this Court's entry of the Agreed Order granting limited relief from stay, GIH will voluntarily dismiss its pending appeal of the Order Granting Motion for Application of the Automatic Stay [DE #7] and pending Motion for Leave to Appeal, with each party to bear its own fees and costs with respect to same.

9. In agreeing to the limited stay relief, neither party is waiving any rights or claims that it may otherwise have with respect to any issue or matter not being specifically resolved hereby.

Respectfully submitted:

| | |
|---|---|
| The DuBosar Law Group, P.A. | Gray Robinson, P.A. |
| Attorneys for Plaintiff | Attorneys for BVI |
| 120 East Palmetto Park Road, Suite 100 | 1221 Brickell Ave., Suite 1600 |
| Boca Raton, Florida 33432 | Miami, Florida 33131 |
| Phone: (561) 544-8980/Fax: (561) 544-8988 | Phone (305) 416-6880/Fax (305) 416-6887 |
| | |
| By: /s/ Howard D. DuBosar | By: /s/ Leyza Blanco |
| Howard D. DuBosar | Leyza Blanco |
| Florida Bar No. 729108 | Florida Bar No. 104639 |

\351072\3 - # 305482 v1