This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Southern District of Florida

**Notice of Electronic Filing**

The following transaction was entered on 9/20/2010 at 2:16 PM EDT and filed on 9/20/2010

**Case Name:** Green Island Holdings, LLC v. British American Isle of Venice (BVI), Ltd.

**Case Number:** 9:10-mc-80696-KMM

**Filer:**

**WARNING: CASE CLOSED on 09/20/2010**

**Document Number:** 9(No document attached)

**Docket Text:**

PAPERLESS ORDER. THIS CAUSE before the Court sua sponte. The Parties were instructed to show cause by September 14, 2010 as to why this case should not be remanded back to the bankruptcy court in light of the Parties' failure to notify the Court of the status of settlement negotiations. The Court now assumes that all issues on appeal have been settled. Thus, this appeal is now DISMISSED. This case is hereby REMANDED back to the bankruptcy court for any necessary further proceedings. Signed by Judge K. Michael Moore on 9/18/10. (tas)

**9:10-mc-80696-KMM Notice has been electronically mailed to:**

**Howard D. DuBosar**    dubosarh@dubolaw.com, doylek@dubolaw.com, perezu@dubolaw.com

**Ileana Espinosa Christianson**    ileana.christianson@gray-robinson.com, jceide@gray-robinson.com

**Leyza Florin Blanco**    leyza.blanco@gray-robinson.com, areisino@gray-robinson.com, jceide@gray-robinson.com

**9:10-mc-80696-KMM Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**